MEMORANDUM OPINION



No. 04-09-00038-CV



Daniel CERVANTES,


Appellant



v.



Amy CERVANTES,


Appellee



From the 224th Judicial District Court, Bexar County, Texas


Trial Court No. 2008-CI-13303


Honorable Andy Mireles, Judge Presiding



PER CURIAM


Sitting: Catherine Stone, Chief Justice

 Karen Angelini, Justice

 Sandee Bryan Marion, Justice


Delivered and Filed: March 4, 2009


DISMISSED

 Appellant has filed a motion indicating that the parties have fully resolved and settled all
issues in dispute. Because the parties have reached a final settlement of all issues raised in this
appeal, appellant asks that we dismiss this appeal. See Tex. R. App. P. 42.1(a)(1). Appellant's
motion to dismiss is granted, and this appeal is dismissed. Costs of appeal are taxed against the
appellant. See id. at (d). 

 

 PER CURIAM